**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CHARLES HAIR,

    Petitioner,

v.                                                          CASE NO. 5:11cv330-MP-GRJ

PAGE AUGUSTINE,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 16, 2011. (Doc. 5).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.   The petition in this case is dismissed, and the petitioner is warned that the filing of nonmeritorious successive habeas petitions could be met with the imposition of sanctions.

    **DONE and ORDERED** this 9th day of January, 2012.

                                                    *s/ M. Casey Rodgers*
                                                   **M. CASEY RODGERS
                                                 CHIEF UNITED STATES DISTRICT JUDGE**